IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMIE ANDREW JACKSON**                                                      **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 1:21-cv-380-LG-RPM**

**HCADC MEDICAL UNIT, et al.**                                    **DEFENDANTS**

### **ORDER EDITING DOCKET AND DIRECTING PLAINTIFF TO SHOW CAUSE**

Pro se Plaintiff Jamie Andrew Jackson brings this conditions-of-confinement Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated and proceeding *in forma pauperis*. On December 29, 2021, the Court entered an Order [ECF No. 16] directing Plaintiff to file a written response providing specific information regarding the named Defendants and his claims. On January 7, 2022, Plaintiff filed an unsigned Response [ECF No. 21] to the Order. On January 18, 2022, Plaintiff filed an unsigned Notice [ECF No. 23] of change of address, listing Attorney Michael Crosby's name and address as the Plaintiff's address for the Court docket.

Therefore, the Court entered an Order [ECF No. 24] directing Plaintiff to file signed versions of his Response and Notice no later than February 3, 2022. When Plaintiff failed to comply, the Court entered an Order to Show Cause [ECF No. 26]. Plaintiff failed to respond.

On March 17, 2022, a Final Order to Show Cause [ECF No. 27] directed Plaintiff, on or before March 31, 2022, to show cause why the Court should not dismiss this case for his failure to comply. Additionally, the Final Order to Show Cause directed, on or before March 31, 2022, that Plaintiff comply with the prior Orders. On March 31, 2022, Attorney Michael Crosby filed a document [ECF No. 28] clarifying that he is not representing Plaintiff in this case and requesting the removal of his address from the docket of this case. Plaintiff has not otherwise responded or contacted the Court. Since Plaintiff is proceeding pro se, the Court will provide Plaintiff with one final opportunity to comply with the Court's Orders prior to the dismissal of this case. Accordingly, it is hereby,

**ORDERED:**

(1)  That the Clerk of Court is directed to remove Attorney Michael Crosby's name and mailing address from the docket of this case.  The Clerk is further directed to edit the docket to reflect that Plaintiff's address is the address Plaintiff provided prior to the unsigned Notice [ECF No. 23], which is the Harrison County Adult Detention Center.

(2) That on or before April 29, 2022, Plaintiff shall file a written response showing cause why this case should not be dismissed for his failure to comply with four Court Orders;

(3)  That on or before April 29, 2022, Plaintiff shall comply with the Court's previous Orders by filing a signed response to the Court's Order [ECF No. 16] of December 29, 2021;

(4)  That Plaintiff is warned that his failure to file, on or before April 29, 2022, a signed response that complies with the dictates of the Order [ECF No. 16] of December 29, 2021, <u>will result in the dismissal of this case, without further notice to the Plaintiff</u>.

(5)  That the Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record (Harrison County Adult Detention Center) and mail a courtesy copy to the alternate address Plaintiff listed in his Complaint, which is 3601 Amtico St., Gulfport, MS 39501.

THIS, the 15th day of April, 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE